UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00480-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  EAROLD SHAWN SWAN,

   Defendant.

## ORDER

   This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

   ORDERED that all pretrial motions shall be filed by **Monday, January 25, 2016,** and responses to these motions shall be filed by **Monday, February 8, 2016.**  It is

   FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, February 16, 2016, at 11:00 a.m., in Courtroom A-1002.**  It is

   FURTHER ORDERED that a 5-day jury trial is set for **Monday, February 29, 2016, at 8:30 a.m., in Courtroom A-1002.**

Dated: January 5, 2016.

BY THE COURT:

*/s/ Wiley Y. Daniel*
Wiley Y. Daniel
Senior United States District Judge